IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------ x
In re:                                           :   Jointly Administered Under
                                                 :   Case No. 02-10429 (JKF)
KAISER ALUMINUM CORPORATION,                     :
et. al.,                                         :   Chapter 11
                                                 :
            Debtors.                             :
                                                 :
------------------------------------------------ x
```

**REQUEST BY REPUBLIC INDEMNITY COMPANY AND TRANSPORT
INSURANCE COMPANY (f/k/a TRANSPORT INDEMNITY COMPANY)
FOR *DE NOVO* REVIEW OF FINDINGS OF FACT AND CONCLUSIONS
OF LAW REGARDING CONFIRMATION OF THE SECOND AMENDED
JOINT PLAN OF REORGANIZATION OF KAISER ALUMINUM
CORPORATION, KAISER ALUMINUM & CHEMICAL CORPORATION
<u>AND CERTAIN OF THEIR DEBTOR AFFILIATES, AS MODIFIED</u>**

Republic Indemnity Company ("Republic") and Transport Insurance Company (f/k/a Transport Indemnity Company) ("Transport"), by and through their undersigned attorneys, hereby object to and request *de novo* review by the United States District Court for the District of Delaware, pursuant to 28 U.S.C. § 157(c)(1), 11 U.S.C. § 524(g), and Rule 9033 of the Federal Rules of Bankruptcy Procedure, of the *Findings Of Fact And Conclusions Of Law Regarding Confirmation Of The Second Amended Joint Plan Of Reorganization Of Kaiser Aluminum Corporation, Kaiser Aluminum & Chemical Corporation And Certain Of Their Debtor Affiliates, As Modified* (Docket No. 8226) (the "Findings of Fact and Conclusions of Law"), entered by the Bankruptcy Court on February 6, 2006, to the extent that the Findings of Fact and Conclusions of Law are proposed findings of fact and conclusions of law to the District Court, including, without limitation, the conclusions of law set forth in Section II.G.1 of the Findings of Fact and Conclusions of Law and the findings of fact necessary for such conclusions of law on the grounds stated in: (i) Insurers' Objection To Confirmation Regarding The Inadequate

DM3\341437.1

Contributions By The Debtors To The Asbestos PI Trust That Fail To Satisfy The Minimum Requirements Of Bankruptcy Code Section 524(g) (Docket No. 7834); (ii) Certain Insurers Amended Objection To The Alleged Statutory Preemption Of Insurers' Rights And Debtors' Obligations Under Insurance Policies (Docket No. 7843); (iii) Joinder Of Republic Indemnity Company And Transport Insurance Company (f/k/a Transport Indemnity Company) Into Certain Insurers' Objection To The Alleged Statutory Preemption Of Insurers' Rights And Debtors' Obligations Under Insurance Policies And Additional And Supplemental Arguments Related Thereto (Docket No. 7840); (iv) Joinder Of Republic Indemnity Company And Transport Insurance Company (f/k/a Transport Indemnity Company) Into Certain Insurers' Amended Objection To The Alleged Statutory Preemption Of Insurers' Rights And Debtors' Obligations Under Insurance Policies (Docket no. 8046); (v) Reply Of Excess Insurers In Support Of Limited Objection (Docket No. 8057); (vi) Certain Insurers' Reply In Further Support Of Their Objection To The Alleged Statutory Preemption Of Insurers' Rights And Debtors' Obligations Under Insurance Policies And In Response To The Joint Memorandum Of The Reorganized Debtors And Official Committee Of Asbestos Claimants (Docket No. 8058); and (vii) Insurers' Section 524(g) Reply Brief To Plan Proponents' Brief In Support Of The Second Amended Joint Plan Of Reorganization (Docket No. 8060).

Both Republic and Transport also timely filed Notices of Appeal of the Order Confirming the Second Amended Joint Plan Of Reorganization Of Kaiser Aluminum Corporation, Kaiser Aluminum & Chemical Corporation And Certain Of Their Debtor Affiliates, As Modified pursuant to 28 U.S.C. § 158(a) and Rules 8001 and 8002 of the Federal Rules of Bankruptcy Procedure on February 15, 2006 at Docket Nos. 8276 and 8277.

This Request is timely pursuant to Rule 9033 of the Federal Rules of Bankruptcy Procedure.

Dated: February 15, 2006
      Wilmington, Delaware

                            Richard W. Riley (DE I.D. 4052)
                            DUANE MORRIS LLP
                            1100 North Market Street, Suite 1200
                            Wilmington, DE 19801
                            Telephone:   (302) 657-4900
                            Facsimile:    (302) 657-4901

                            -and-

Mitchell L. Lathrop, Esquire
Bridget K. Moorhead, Esquire
DUANE MORRIS LLP
101 West Broadway Street, 9th Floor
San Diego, CA 92101
Telephone:   (617) 499-2200
Facsimile:    (619) 744-2201

-and-

Russell W. Roten, Esquire
Jeff D. Kahane, Esquire
DUANE MORRIS LLP
333 South Hope Street
Los Angeles, CA 90071
Telephone:   (213) 229-2939
Facsimile:    (213) 229.2999

*Counsel for Republic Indemnity Company and Transport Insurance Company (f/k/a Transport Indemnity Company)*